1  William A. Hector (SBN 298490)
     Email: wahector@venable.com
2  VENABLE LLP
   101 California St, Suite 3800
3  San Francisco, Ca 94111
   415.653.3738
4
   VENABLE LLP
5  Frank C. Cimino, Jr.
     Email: fccimino@venable.com
6  Megan S. Woodworth
     Email: mswoodworth@venable.Com
7  600 Massachusetts Avenue, NW
   Washington, DC  20001
8  202.344.4569

9  VENABLE LLP
   Robert E. Bugg
10   Email: rebugg@venable.com
   151 West 42nd Street
11 New York, NY 10036
   212.370.6241
12
   Attorneys for Non-Party
13 WARDELL STEPHEN CURRY II

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ATHALONZ, LLC<br><br>        Plaintiff,<br><br>    v.<br><br>UNDER ARMOUR, INC.<br><br>        Defendant. | Case No. 3:23-mc-80324<br><br>**DECLARATION OF RYAN DREW IN SUPPORT OF MOTION TO QUASH SUBPOENA OF NON-PARTY WARDELL STEPHEN CURRY II** |

I, Ryan Drew, do hereby declare as follows:

1. I am employed by Under Armour, Inc. as Vice-President, Curry Brand, and in that role I lead the Curry Brand.

2. Under Armour is a well-known athletic brand that develops, markets, and distributes branded performance apparel, footwear and accessories for men, women and youth.

3. Wardell Stephen Curry II ("Curry") is not an owner, officer, director or employee of Under Armour.

4. Under Armour designs, develops, promotes, and sells the Under Armour products that are part of the Curry brand.

5. Curry does not design the shape of the sole, or any other component, of the accused Curry products.

6. Curry does not choose the materials used in the sole, or any other component, of the accused Curry products.

7. Under Armour's employees possess knowledge of the extent of Curry's involvement in the design, development, testing, marketing, advertising, promotion, and sale of the accused Curry products, if any.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December __7__, 2023.

_____
Ryan Drew
Under Armour, Inc.
Vice-President, Curry Brand