1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**NORTHERN DISTRICT OF CALIFORNIA**

10

11  ATHALONZ, LLC

Case No. 3:23-mc-80324

12          Plaintiff,

**[PROPOSED] ORDER GRANTING MOTION TO QUASH SUBPOENA OF NON-PARTY WARDELL STEPHEN CURRY II**

13      v.

14  UNDER ARMOUR, INC.

[Filed concurrently with Motion to Quash Subpoena; Bugg Declaration ISO Motion to Quash; Austin Declaration ISO Motion to Quash; and Drew Declaration ISO Motion to Quash]

15          Defendant.

16

17

18

19

20

21

22

23

24

25

26

27

28

1    After full consideration of the pleadings filed in support of, and in opposition to, Non-

2 Party Wardell Stephen Curry II's Motion to Quash Subpoena ("Motion") and hearing oral

3 argument of counsel, the Court finds that there is good cause shown:

4    IT IS HEREBY ORDERED that:

5    1.    The Motion is GRANTED; and

6    2.    The Subpoena served on Non-Party Wardell Stephen Curry II by Plaintiff

7 Athalonz, LLC in the action entitled *Athalonz, LLC v. Under Armour, Inc.*, Case No. 2:23-cv-

8 00193-JRG, pending in the United States District Court for the Eastern District of Texas is

9 hereby QUASHED.

10

11 Dated: _____

12

13

14    _____

    Honorable

    Judge of the United States District Court

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**VENABLE LLP**
101 CALIFORNIA STREET, SUITE 3800
SAN FRANCISCO, CA 94111
415.653.3750

-1-

Case No.

[PROPOSED] ORDER GRANTING TO QUASH SUBPOENA OF
NON-PARTY WARDELL STEPHEN CURRY II