1  William A. Hector (SBN 298490)
     Email: wahector@venable.com
2  VENABLE LLP
3  101 California St., Suite 3800
   San Francisco, CA 94111
4  415.653.3738
   415.653.3755 - Facsimile
5
6  VENABLE LLP
   Frank C. Cimino, Jr.
7    Email: fccimino@Venable.com
   Megan S. Woodworth
8    Email: mswoodworth@Venable.com
   600 Massachusetts Avenue, NW
9  Washington, DC  20001
10 202.344.4569
   202.344.8300 – Facsimile
11
   VENABLE LLP
12 Robert E. Bugg
     Email: rebugg@Venable.com
13 151 West 42nd Street
   New York, NY 10036
14 212.370.6241
15
   Attorneys for Non-Party
16 WARDELL STEPHEN CURRY II

17                    **UNITED STATES DISTRICT COURT**
18                    **NORTHERN DISTRICT OF CALIFORNIA**
19
20

21 | ATHALONZ, LLC | Case No.  3:23-mc-80324 |
22 |        Plaintiff, | **CERTIFICATION OF CONFLICTS INTERESTED ENTITIES OR PERSONS** |
23 |     v. | |
24 | UNDER ARMOUR, INC. | |
25 |        Defendant. | |
26
27
28

---

Case No. 3:23-mc-80324                                CERTIFICATION OF INTERESTED
                                                      ENTITIES OR PERSONS

1   Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no
2   conflict or interest (other than the named parties) to report.

4   Dated: December 8, 2023        VENABLE LLP

            By:    */s/ William A. Hector*
                   William A. Hector (SBN 298490)
                   Frank C. Cimino, Jr. (*pro hac forthcoming*)
                   Megan S. Woodworth (*pro hac forthcoming*)
                   Robert E. Bugg (*pro hac forthcoming*)

                   Attorneys for Non-Party
                   WARDELL STEPHEN CURRY II

**VENABLE LLP**
101 CALIFORNIA STREET, SUITE 3800
SAN FRANCISCO, CA 94111
415.653.3750