William A. Hector (SBN 298490)
  Email: wahector@venable.com
VENABLE LLP
101 California St, Suite 3800
San Francisco, Ca 94111
415.653.3738

VENABLE LLP
Frank C. Cimino, Jr.
  Email: fccimino@venable.com
Megan S. Woodworth
  Email: mswoodworth@venable.Com
600 Massachusetts Avenue, NW
Washington, DC  20001
202.344.4569

VENABLE LLP
Robert E. Bugg
  Email: rebugg@venable.com
151 West 42nd Street
New York, NY 10036
212.370.6241

Attorneys for Non-Party
WARDELL STEPHEN CURRY II

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ATHALONZ, LLC<br><br>        Plaintiff,<br><br>    v.<br><br>UNDER ARMOUR, INC.<br><br>        Defendant. | Case No. 3:23-mc-80324<br><br>**PROOF OF SERVICE** |

**PROOF OF SERVICE**

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to this action; my business address is Venable, LLP, 101 California Street, Suite 3800, San Francisco, CA 94111.

On **December 8, 2023**, I served a copy of the following documents on the interested parties in this action addressed below:

- NOTICE OF MOTION AND MOTION TO QUASH SUBPOENA OF NON-PARTY WARDELL STEPHEN CURRY II;
- DECLARATION OF ROBERT E. BUGG IN SUPPORT OF MOTION TO QUASH SUBPOENA OF NON-PARTY WARDELL STEPHEN CURRY II;
- DECLARATION OF WILLIAM J. AUSTIN IN SUPPORT OF MOTION TO QUASH SUBPOENA OF NON-PARTY WARDELL STEPHEN CURRY II;
- DECLARATION OF RYAN DREW IN SUPPORT OF MOTION TO QUASH SUBPOENA OF NON-PARTY WARDELL STEPHEN CURRY II;
- [PROPOSED] ORDER GRANTING MOTION TO QUASH SUBPOENA OF NON-PARTY WARDELL STEPHEN CURRY II; and
- CERTIFICATION OF CONFLICTS INTERESTED ENTITIES OR PERSONS

| | |
|---|---|
| Taylor N. Mauze (TX Bar No. 24102161)<br>tmauze@reichmanjorgensen.com<br>REICHMAN JORGENSEN LEHMAN<br>& FELDBERG LLP<br>7500 Rialto Blvd., Suite 1-250<br>Austin, TX 78735<br>Telephone: (650) 623-1401<br>Facsimile: (650) 650-3501<br><br>Christine E. Lehman (pro hac vice)<br>clehman@reichmanjorgensen.com<br>Connor S. Houghton (pro hac vice)<br>choughton@reichmanjorgensen.com<br>REICHMAN JORGENSEN LEHMAN & FELDBERG LLP<br>1909 K Street, NW, Suite 800<br>Washington, DC 20006<br>Telephone: (202) 894-7310<br>Facsimile: (650) 560-3501 | ***Attorneys for Plaintiff Athalonz, LLC*** |

Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

    BY ELECTRONIC MEANS: I served the above stated document by electronic means to the interested parties in this action whose names and e-mail addresses are listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

    Executed on **December 8, 2023.**

                                            */s/ William A. Hector*
                                              William A. Hector