UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATHALONZ, LLC,<br><br>              Plaintiff,<br><br>       v.<br><br>UNDER ARMOUR, INC.,<br><br>              Defendant. | Case No. 23-mc-80324-LJC<br><br>**ORDER SETTING BRIEFING DEADLINES AND HEARING DATE RE: MOTION TO QUASH SUBPOENA** |

Pending before the Court is non-party Wardell Stephen Curry, II's (Curry) Motion to Quash Subpoena in connection with Athalonz, LLC v. Under Armour, Inc., Case No. 2:23-cv-00193-JRG (E.D. Tex. Apr. 26, 2023). ECF No. 1. The Court sets briefing deadlines in this matter as follows: Plaintiff Athalonz, LLC's response to the Motion to Quash Subpoena is due January 15, 2024. Curry's reply is due January 22, 2024. If Defendant Under Armour, Inc. wishes to file a response to the Motion to Quash Subpoena and/or Plaintiff's response, it shall do so by January 22, 2024.

The Court sets a hearing on the Motion to Quash Subpoena for February 13, 2024, at 10:30 a.m. via Zoom videoconference.

**IT IS SO ORDERED.**

Dated: December 18, 2023

LISA J. CISNEROS
United States Magistrate Judge