UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATHALONZ, LLC,<br><br>   Plaintiff,<br><br>v.<br><br>UNDER ARMOUR, INC.,<br><br>   Defendant. | Case No.  23-mc-80324-LJC<br><br>**ORDER DIRECTING SERVICE OF THE COURT'S DECEMBER 18, 2023 ORDER SETTING BRIEFING DEADLINES AND HEARING DATE**<br><br>Re: ECF No. 7 |

Non-party Wardell Stephen Curry, II (Curry) previously served a copy of the Motion to Quash Subpoena (ECF No. 1) on Plaintiff Athalonz, LLC on December 8, 2023.  ECF No. 3.  However, to date, Plaintiff has yet to appear in this miscellaneous civil action.  No later than ten days from the date of this Order, Curry shall serve a copy of the Court's Order Setting Briefing Deadlines and Hearing Date (ECF No. 7) on all parties in the underlying civil action, Athalonz, LLC v. Under Armour, Inc., Case No. 2:23-cv00193-JRG (E.D. Tex. Apr. 26, 2023), including Defendant Under Armour, Inc., and file proof of service soon thereafter.

**IT IS SO ORDERED.**

Dated: December 21, 2023

LISA J. CISNEROS
United States Magistrate Judge