William A. Hector (SBN 298490)
  Email: wahector@venable.com
VENABLE LLP
101 California St, Suite 3800
San Francisco, Ca 94111
415.653.3738

VENABLE LLP
Frank C. Cimino, Jr.
  Email: fccimino@venable.com
Megan S. Woodworth
  Email: mswoodworth@venable.Com
600 Massachusetts Avenue, NW
Washington, DC  20001
202.344.4569

VENABLE LLP
Robert E. Bugg
  Email: rebugg@venable.com
151 West 42nd Street
New York, NY 10036
212.370.6241

Attorneys for Non-Party
WARDELL STEPHEN CURRY II

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ATHALONZ, LLC<br><br>        Plaintiff,<br><br>    v.<br><br>UNDER ARMOUR, INC.<br><br>        Defendant. | Case No. 3:23-mc-80324-LJC<br><br>**PROOF OF SERVICE RE DKT. NO. 7 (THE COURT'S DECEMBER 18, 2023 ORDER SETTING BRIEFING DEADLINES AND HEARING DATE)** |

## PROOF OF SERVICE

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to this action; my business address is Venable, LLP, 101 California Street, Suite 3800, San Francisco, CA 94111.

On **DECEMBER 19, 2023**, I served a copy of the O**RDER SETTING BRIEFING DEADLINES AND HEARING DATE RE: MOTION TO QUASH SUBPOENA [DKT. NO. 7]** on the interested parties in this action addressed below:

| | |
|---|---|
| Taylor N. Mauze (TX Bar No. 24102161)<br>tmauze@reichmanjorgensen.com<br>REICHMAN JORGENSEN LEHMAN<br>& FELDBERG LLP<br>7500 Rialto Blvd., Suite 1-250<br>Austin, TX 78735<br>Telephone: (650) 623-1401<br>Facsimile: (650) 650-3501 | Frank C. Cimino, Jr.<br>Email: fccimino@venable.com<br>Megan S. Woodworth<br>Email: mswoodworth@venable.com<br>VENABLE LLP<br>600 Massachusetts Avenue, NW<br>Washington, DC 20001<br>202.344.4569 |
| Christine E. Lehman (pro hac vice)<br>clehman@reichmanjorgensen.com<br>Connor S. Houghton (pro hac vice)<br>choughton@reichmanjorgensen.com<br>REICHMAN JORGENSEN LEHMAN &<br>FELDBERG LLP<br>1909 K Street, NW, Suite 800<br>Washington, DC 20006<br>Telephone: (202) 894-7310<br>Facsimile: (650) 560-3501 | Robert E. Bugg<br>Email: rebugg@venable.com<br>151 West 42nd Street<br>VENABLE LLP<br>New York, NY 10036<br>212.370.6241<br><br>***Attorneys for Defendant Under Armour, Inc.*** |
| Melissa R. Smith<br>State Bar No. 24001351<br>GILLAM & SMITH, LLP<br>303 South Washington Avenue<br>Marshall, Texas 75670<br>Telephone: (903) 934-8450<br>Facsimile: (903) 934-9257<br>Email: melissa@gillamsmithlaw.com | |

***Attorneys for Plaintiff Athalonz, LLC***

\* \* \*

1  BY ELECTRONIC MEANS:  I served the above stated document by electronic means to the interested parties in this action whose names and e-mail addresses are listed above.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

Executed on **December 22, 2023.**

>                                             */s/ William A. Hector*
>                                             William A. Hector