William A. Hector (SBN 298490)
wahector@venable.com
VENABLE LLP
101 California Street, Suite 3800
San Francisco, CA  94111
Telephone: (415) 653-3750
Facsimile: (415) 653-3755

Frank C. Cimino, Jr. (*pro hac forthcoming*)
fccimino@Venable.com
Megan S. Woodworth (*pro hac forthcoming*)
mswoodworth@Venable.com
VENABLE LLP
600 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: (202) 344-4569
Facsimile: (202) 344-8300

Robert E. Bugg (*pro hac forthcoming*)
rebugg@Venable.com
VENABLE LLP
151 West 42nd Street
New York, NY 10036
Telephone: (212) 370-6241

Attorneys for Non-Party
WARDELL STEPHEN CURRY II

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| ATHALONZ, LLC | Case No. 3:23-mc-80324-LJC |
| Plaintiff, | **CONSENT TO MAGISTRATE JUDGE JURISDICTION** |
| v. | Judge: Hon. Lisa J. Cisneros |
| UNDER ARMOUR, INC., | |
| Defendant. | |

Non-Party Wardell Stephen Curry II ("Curry") CONSENTS to Magistrate Judge Jurisdiction. In accordance with the provisions of 28 U.S.C. § 636(c), Curry voluntarily consents to have a United States magistrate judge conduct all further proceedings in this motion to quash. Curry understands that appeal from any judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit or United States Court of Appeals for the Federal Circuit.

Dated: January 2, 2024

VENABLE LLP

By:    */s/ William A. Hector*
William A. Hector (SBN 298490)
Frank C. Cimino, Jr. (*pro hac forthcoming*)
Megan S. Woodworth (*pro hac forthcoming*)
Robert E. Bugg (*pro hac forthcoming*)

Attorneys for Non-Party
WARDELL STEPHEN CURRY II