Jennifer Estremera (CA Bar No. 251076)
jestremera@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
100 Marine Parkway, Suite 300
Redwood Shores, California 94065
Telephone: (650) 623-1401
Facsimile: (650) 623-1449

Christine E. Lehman (*pro hac vice* forthcoming)
clehman@reichmanjorgensen.com
Connor S. Houghton (*pro hac vice* forthcoming)
choughton@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
1909 K Street NW, Suite 800
Washington, DC 20006
Telephone: (202) 894-7311
Facsimile: (650) 623-1449

Attorneys for Plaintiff
*Athalonz, LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ATHALONZ, LLC,<br><br>       Plaintiff,<br><br>   v.<br><br>UNDER ARMOUR, INC.,<br><br>       Defendant. | Case No. 3:23-mc-80324-LJC<br><br>**PLAINTIFF'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a nonfinancial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Reichman, Jorgensen, Lehman & Feldberg, LLP.

In addition, pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff certifies that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: January 12, 2024        Respectfully submitted,

REICHMAN JORGENSEN LEHMAN & FELDBERG, LLP

By */s/ Jennifer Estremera*

Attorneys for Plaintiff
ATHALONZ, LLC

-1-
PLAINTIFF'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS
Case No. 3:23-mc-80324-LJC