| | |
|---|---|
| 1 | Jennifer Estremera (CA Bar No. 251076) |
| 2 | jestremera@reichmanjorgensen.com<br>REICHMAN JORGENSEN LEHMAN & |
| 3 | FELDBERG LLP<br>100 Marine Parkway, Suite 300 |
| 4 | Redwood Shores, California 94065<br>Telephone: (650) 623-1401 |
| 5 | Facsimile: (650) 623-1449 |
| 6 | |
| 7 | Christine E. Lehman (*pro hac vice* forthcoming)<br>clehman@reichmanjorgensen.com |
| 8 | Connor S. Houghton (*pro hac vice* forthcoming)<br>choughton@reichmanjorgensen.com |
| 9 | REICHMAN JORGENSEN LEHMAN &<br>FELDBERG LLP |
| 10 | 1909 K Street NW, Suite 800<br>Washington, DC 20006 |
| 11 | Telephone: (202) 894-7311<br>Facsimile: (650) 623-1449 |
| 12 | |
| 13 | Attorneys for Plaintiff<br>*Athalonz, LLC* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ATHALONZ, LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>UNDER ARMOUR, INC.,<br><br>　　　　　Defendant. | Case No. 3:23-mc-80324-LJC<br><br>**PLAINTIFF ATHALONZ, LLC'S PROOF OF SERVICE** |

Case No. 3:23-mc-80324-LJC                                   ATHALONZ'S PROOF OF SERVICE

# PROOF OF SERVICE

WASHINGTON, DISTRICT OF COLUMBIA

I am employed in the District of Columbia. I am over the age of eighteen years, and not a party to the within action; my business address is Reichman Jorgensen Lehman & Feldberg LLP, 1909 K St., NW, Suite 800, Washington, DC 20006.

On **January 12, 2024**, I caused to be served true copies of the following documents on the interested parties in this action addressed below by electronic means to the following e-mail addresses:

- [Dkt. 11] Plaintiff's Opposition to Motion to Quash Subpoena of Wardell Stephen Curry II
- [Dkt. 11-1] Declaration of Connor S. Houghton in Support of Plaintiff's Opposition to Motion to Quash Subpoena of Wardell Stephen Curry and Exhibits
- [Dkt. 12] Certificate of Interested Entities by Athalonz, LLC

| | |
|---|---|
| William A. Hector<br>Email: WAHector@venable.com<br>VENABLE LLP<br>101 California St, Suite 3800<br>San Francisco, Ca 94111<br>415.653.3738<br><br>Robert E. Bugg<br>Email: rebugg@venable.com<br>VENABLE LLP<br>151 West 42nd Street<br>New York, NY 10036<br>212.370.6241 | Frank C. Cimino, Jr.<br>Email: fccimino@venable.com<br>Megan S. Woodworth<br>Email: mswoodworth@venable.Com<br>VENABLE LLP<br>600 Massachusetts Avenue, NW<br>Washington, DC 20001<br>202.344.4569<br><br>J. Thad Heartfield<br>Email: thad@heartfieldlawfirm.com<br>THE HEARTFIELD LAW FIRM<br>Downlen Road Beaumont, TX 77706<br>409.866.3318<br><br>Attorneys for Wardell Stephen Curry II and Under Armour, Inc. |

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **January 16, 2024**.

*/s/ Connor S. Houghton*
Connor S. Houghton

-1-

Case No. 3:23-mc-80324-LJC                    ATHALONZ PROOF OF SERVICE

| | | |
|---|---|---|
| 1 | Dated: January 16, 2024 | Respectfully submitted, |
| 2 | | |
| 3 | | REICHMAN JORGENSEN LEHMAN & FELDBERG, LLP |
| 4 | | |
| 5 | | By */s/ Jennifer Estremera* |
| 6 | | Attorneys for Plaintiff ATHALONZ, LLC |