William A. Hector (SBN 298490)
  Email: wahector@venable.com
VENABLE LLP
101 California St, Suite 3800
San Francisco, Ca 94111
415.653.3738

VENABLE LLP
Frank C. Cimino, Jr.
  Email: fccimino@venable.com
Megan S. Woodworth
  Email: mswoodworth@venable.Com
600 Massachusetts Avenue, NW
Washington, DC  20001
202.344.4569

VENABLE LLP
Robert E. Bugg
  Email: rebugg@venable.com
151 West 42nd Street
New York, NY 10036
212.370.6241

Attorneys for Non-Party
WARDELL STEPHEN CURRY II

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATHALONZ, LLC<br><br>        Plaintiff,<br><br>    v.<br><br>UNDER ARMOUR, INC.<br><br>        Defendant. | Case No. 3:23-mc-80324-LJC<br><br>**DECLARATION OF ROBERT E. BUGG IN SUPPORT OF NON-PARTY WARDELL STEPHEN CURRY II'S REPLY IN SUPPORT OF HIS MOTION TO QUASH PLAINTIFF'S SUBPOENA** |

-1-

Case No. 3:23-mc-80324-LJC                              DECLARATION OF ROBERT E. BUGG

I Robert E. Bugg, do hereby declare as follows:

1. I am an attorney licensed to practice law in New York, a partner at Venable LLP, and counsel of record for non-party Wardell Stephen Curry II ("Curry"). I have personal knowledge of the matters contained herein and if called, could and would testify competently thereto.

2. I am over 18 years of age and suffer no legal disabilities.

3. This declaration is submitted in support of Non-Party Curry's Reply in Support of His Motion to Quash Plaintiff's Subpoena.

4. Attached hereto as Exhibit 12 is a true and accurate copy of Defendant's Response to Plaintiff's Motion to Compel Compliance with Discovery Order in this case, *Athalonz, LLC v. Under Armour, Inc.*, Case No. 2:23-cv-00193-JRG, Dkt. No. 44.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 22, 2024.

_____
Robert E. Bugg