UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ATHALONZ, LLC                    ,

　　　　Plaintiff(s),

　　v.

UNDER ARMOUR, INC.          ,

　　　　Defendant(s).

Case No. 3:23-mc-80324-LJC

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Christine E. Lehman_____, an active member in good standing of the bar of District of Columbia_____, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Athalonz, LLC_____ in the above-entitled action. My local co-counsel in this case is Jennifer Estremera_____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 251076_____.

REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
1909 K Street, NW, Suite 800
Washington, DC 20006
_____
MY ADDRESS OF RECORD

(202) 894-7310
_____
MY TELEPHONE # OF RECORD

clehman@reichmanjorgensen.com
_____
MY EMAIL ADDRESS OF RECORD

REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
1100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
_____
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(650) 623-1401
_____
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

jestremera@reichmanjorgensen.com
_____
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 444728_____.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 1_____ times in the 12 months preceding this application.

United States District Court
Northern District of California

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3  Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4  Dated: _02/08/2024_____                                    Christine E. Lehman_____
                                                                                      APPLICANT

6

7

8                                 ORDER GRANTING APPLICATION

9                        FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11        IT IS HEREBY ORDERED THAT the application of _Christine E. Lehman_____ is

12  granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13  must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14  counsel designated in the application will constitute notice to the party.

15  Dated: _February 9, 2024_____

16

17  _____

18  UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

# Christine E Lehman

was duly qualified and admitted on January 6, 1995 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an Active member in good
standing of this Bar.

*In Testimony Whereof,*
*I have hereunto subscribed my*
*name and affixed the seal of this*
*Court at the City of*
*Washington, D.C., on February 05, 2024.*

*JULIO A. CASTILLO*
*Clerk of the Court*

Issued By:

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email*
*memberservices@dcbar.org.*