# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California
# CIVIL MINUTES

| **Date:** February 13, 2024 | **Time:** 10:38 a.m.-10:59 a.m. | **Judge:** LISA J. CISNEROS |
|---|---|---|
| **Case No.:** 3:23-mc-80324-LJC | **Case Name:** Athalonz, LLC v. Under Armour, Inc. | |

**For Plaintiff:** Connor Houghton, Reichman Jorgensen Lehman & Feldberg LLP, counsel for plaintiff

**For Defendant:** Frank Cimino and William Hector, Venable LLP, counsels for Miscellaneous Party Wardell Stephen Curry, II

**Deputy Clerk:** Brittany Sims     **Recorded via Zoom:** 10:38 a.m.-10:59 a.m.

## PROCEEDINGS

Motion To Quash Hearing held. The Court heard from both parties on the Motion to Quash (ECF 1). The Court grants the Motion to Quash without prejudice and will issue a written order. For the record, counsel Frank Cimino agrees to accept service on behalf of his client for any future subpoenas.