UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ATHALONZ, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNDER ARMOUR, INC.,<br><br>　　　　　Defendant. | Case No. 3:23-mc-80324-LJC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S OBJECTIONS TO MAGISTRATE JUDGE'S ORDER AND DENYING MOTION TO QUASH** |

1  Having reviewed the Motion for *de novo* Determination of Dispositive Matter Referred to
2  Magistrate Judge Pursuant to Fed. R. Civ. P. 72 and N.D. Cal. R. 72-3 filed by Plaintiff Athalonz,
3  LLC, and for good cause presented therein, such motion is hereby **GRANTED**.
4  It is hereby ORDERED that the motion to quash filed by Mr. Curry is denied. Mr. Curry's
5  counsel is ordered to meet and confer with counsel for Plaintiff and choose a date within four weeks
6  from the date of this order for Mr. Curry's deposition.

Dated:_____

_____
UNITED STATES DISTRICT JUDGE