William A. Hector (SBN 298490)
  Email: wahector@venable.com
VENABLE LLP
101 California St, Suite 3800
San Francisco, Ca 94111
415.653.3738

VENABLE LLP
Frank C. Cimino, Jr.
  Email: fccimino@venable.com
Megan S. Woodworth
  Email: mswoodworth@venable.Com
600 Massachusetts Avenue, NW
Washington, DC  20001
202.344.4569

VENABLE LLP
Robert E. Bugg
  Email: rebugg@venable.com
151 West 42nd Street
New York, NY 10036
212.370.6241

Attorneys for Non-Party
WARDELL STEPHEN CURRY II

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ATHALONZ, LLC<br><br>           Plaintiff,<br><br>     v.<br><br>UNDER ARMOUR, INC.<br><br>           Defendant. | Case No. 3:23-mc-80324-LJC<br><br>**DECLARATION OF ROBERT E. BUGG IN SUPPORT OF NON-PARTY WARDELL STEPHEN CURRY II'S OPPOSITION TO PLAINTIFF'S MOTION FOR DE NOVO DETERMINATION** |

I Robert E. Bugg, do hereby declare as follows:

1. I am an attorney licensed to practice law in New York, a partner at Venable LLP, and counsel of record for non-party Wardell Stephen Curry II ("Curry"). I have personal knowledge of the matters contained herein and if called, could and would testify competently thereto.

2. I am over 18 years of age and suffer no legal disabilities.

3. This declaration is submitted in support of Non-Party Curry's Opposition to Plaintiff's Motion for De Novo Determination.

4. Attached hereto as Exhibit 1 is a true and accurate copy of an Order Denying Plaintiff's Motion to Compel in *Collision Commc'ns, Inc. v. Nokia Sols. And Networks*, No. 2:21-cv-00308-JRG, Dkt. 96 (E.D. Tex. Aug. 10, 2022).

5. Attached hereto as Exhibit 2 is a true and accurate copy of an Order Denying Plaintiff's Motion to Compel in *SEVEN Networks, LLC v. Google LLC,* No. 2:17-cv-00442-JRG, Dkt. 210 (E.D. Tex. June 29, 2018).

6. Attached hereto as Exhibit 3 is a true and accurate copy of the Complaint filed in *Collision Commc'ns, Inc. v. Nokia Sols. And Networks*, No. 2:21-cv-00308-JRG, Dkt. 1 (E.D. Tex. Aug. 10, 2021).

7. Attached hereto as Exhibit 4 is a true and accurate copy of U.S. Patent No. 7,724,851.

8. Attached hereto as Exhibit 5 is a true and accurate copy of U.S. Patent No. 9,888,479.

9. Attached hereto as Exhibit 6 is a true and accurate copy of U.S. Patent No. 10,477,561.

10. Attached hereto as Exhibit 7 is a true and accurate copy of U.S. Patent No. 9,654,562.

11. Attached hereto as Exhibit 8 is a true and accurate copy of U.S. Patent No. 9,203,930.

/ /

1   I declare under penalty of perjury under the laws of the United States of America that the
2   foregoing is true and correct.

4   Executed on March 12, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Robert E. Bugg