1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ATHALONZ, LLC | Case No. 3:23-mc-80324-LJC |
| Plaintiff, | **[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR DE NOVO DETERMINATION** |
| v. | |
| UNDER ARMOUR, INC. | |
| Defendant. | |

1    After full consideration of the pleadings filed in support of, and in opposition to Plaintiff
2  Athalonz LLC's Motion for De Novo Determination and hearing oral argument of counsel, the
3  Court finds that such motion is **DENIED**.

Dated: _____

_____
Honorable Araceli Martínez-Olguín
Judge of the United States District Court

**VENABLE LLP**
101 CALIFORNIA STREET, SUITE 3800
SAN FRANCISCO, CA 94111
415.653.3750

-1-

Case No. 3:23-mc-80324-LJC

[PROPOSED] ORDER DENYING
MOTION FOR DE NOVO DETERMINATION