Jennifer Estremera (CA Bar No. 251076)
jestremera@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
100 Marine Parkway, Suite 300
Redwood Shores, California 94065
Telephone: (650) 623-1401
Facsimile: (650) 623-1449

Christine E. Lehman (pro hac vice)
clehman@reichmanjorgensen.com
Connor S. Houghton (pro hac vice)
choughton@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
1909 K Street NW, Suite 800
Washington, DC 20006
Telephone: (202) 894-7311
Facsimile: (650) 623-1449

Attorneys for Plaintiff
*Athalonz, LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ATHALONZ, LLC,<br><br>   Plaintiff,<br><br>   v.<br><br>UNDER ARMOUR, INC.,<br><br>   Defendant. | Case No. 3:23-mc-80324-LJC<br><br>**DECLARATION OF CONNOR S. HOUGHTON IN SUPPORT OF PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR DE NOVO DETERMINATION OF DISPOSITIVE MATTER REFERRED TO MAGISTRATE JUDGE** |

I, Connor S. Houghton, declare as follows:

1. I am an attorney at Reichman Jorgensen Lehman & Feldberg LLP, counsel for Plaintiff Athalonz, LLC in the above-referenced action. I am admitted to the bar of the District of Columbia and Massachusetts. I have been admitted to appear in the underlying case pending in the Eastern District of Texas and in this case *pro hac vice*. I make this declaration of my own personal knowledge and, if compelled to testify, I could and would testify competently thereto. I submit this declaration in support of Plaintiff's Reply in Support of Motion for De Novo Determination of Dispositive Matter Referred to Magistrate Judge.

2. Attached as **Exhibit A** is a copy of Motion for Relief from Nondispositive Pretrial Order of a Magistrate Judge filed in *Nypl v. JP Morgan Chase & Co.*, No. 18-mc-80209-JCS, Dkt. 23 (N.D. Cal. Feb. 1, 2019).

3. Attached as **Exhibit B** is a copy of Motion for Relief From Nondispositive Order of Magistrate Judge filed in *SEC v. CMKM Diamonds, Inc.*, No. 11-mc-80214 JSW, Dkt. 19 (N.D. Cal. Oct. 31, 2011).

4. Attached as **Exhibit C** is a copy of Google LLC's Response to SEVEN Networks' Motion to Compel Google's Compliance with its Discovery Obligations, No. 2:17-cv-00042-JRG, Dkt. 169 (E.D. Tex. May 11, 2018).I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on the 18th day of March, 2024.

    */s/ Connor S. Houghton*
Connor S. Houghton (*pro hac vice*)
REICHMAN JORGENSEN LEHMAN
& FELDBERG LLP