| | |
|---|---|
| 1 | Jennifer Estremera (CA Bar No. 251076) |
| 2 | jestremera@reichmanjorgensen.com<br>REICHMAN JORGENSEN LEHMAN & |
| 3 | FELDBERG LLP<br>100 Marine Parkway, Suite 300 |
| 4 | Redwood Shores, California 94065<br>Telephone: (650) 623-1401 |
| 5 | Facsimile: (650) 623-1449 |
| 6 | |
| 7 | Christine E. Lehman (pro hac vice)<br>clehman@reichmanjorgensen.com |
| 8 | Connor S. Houghton (pro hac vice)<br>choughton@reichmanjorgensen.com |
| 9 | REICHMAN JORGENSEN LEHMAN &<br>FELDBERG LLP |
| 10 | 1909 K Street NW, Suite 800<br>Washington, DC 20006 |
| 11 | Telephone: (202) 894-7311<br>Facsimile: (650) 623-1449 |
| 12 | |
| 13 | Attorneys for Plaintiff<br>*Athalonz, LLC* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ATHALONZ, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>UNDER ARMOUR, INC.,<br><br>    Defendant. | Case No. 3:23-mc-80324-LJC<br><br>**DECLARATION OF CONNOR S. HOUGHTON IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF** |

I, Connor S. Houghton, declare as follows:

1.  I am an attorney at Reichman Jorgensen Lehman & Feldberg LLP, counsel for Plaintiff Athalonz, LLC in the above-referenced action. I am admitted to the bar of the District of Columbia and Massachusetts. I have been admitted to appear in the underlying case pending in the Eastern District of Texas and in this case *pro hac vice*. I make this declaration of my own personal knowledge and, if compelled to testify, I could and would testify competently thereto. I submit this declaration in support of Plaintiff's Motion for Leave to File a Supplemental Brief.

2.  On April 1, 2024, Defendant Under Armour, Inc. ("UA") produced new documents in the underlying litigation that Athalonz believes are relevant to the issues in its pending Motion for De Novo Review.

3.  On April 11, 2024, pursuant to Local Rule 7-11(a), counsel for Athalonz requested that Mr. Curry and UA indicate whether they would stipulate to or would oppose Athalonz's motion for leave to file a supplemental brief to address this new evidence.

4.  On April 15, 2024, counsel for Mr. Curry and UA stated that it opposed Athalonz's motion for leave to file a supplemental brief.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on the 16th day of April, 2024.

         /s/ Connor S. Houghton
         Connor S. Houghton (*pro hac vice*)
         REICHMAN JORGENSEN LEHMAN
         & FELDBERG LLP