1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**

9 **NORTHERN DISTRICT OF CALIFORNIA**

10 **SAN FRANCISCO DIVISION**

11

12 ATHALONZ, LLC,                                    Case No. 3:23-mc-80324-LJC

13                    Plaintiff,

14          v.                                       **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF**

15 UNDER ARMOUR, INC.,

16                    Defendant.

17

18

19

20

21

22

23

24

25

26

27

28

1      Having reviewed the Motion for Leave to File Supplemental Brief in Support of Motion for

2   De Novo Determination of Dispositive Matter Referred to Magistrate Judge filed by Plaintiff

3   Athalonz, LLC, and for good cause presented therein, such motion is hereby **GRANTED**.

4      **IT IS SO ORDERED**.

5

6   Dated:_____

7

8

9                                    _____

10

11                                    UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[Proposed] Order Granting Motion for Leave to File Supplemental Brief
Case No. 3:23-mc-80324-LJC