Jennifer Estremera (CA Bar No. 251076)
jestremera@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
100 Marine Parkway, Suite 300
Redwood Shores, California 94065
Telephone: (650) 623-1401
Facsimile: (650) 623-1449

Christine E. Lehman (pro hac vice)
clehman@reichmanjorgensen.com
Connor S. Houghton (pro hac vice)
choughton@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
1909 K Street NW, Suite 800
Washington, DC 20006
Telephone: (202) 894-7311
Facsimile: (650) 623-1449

Attorneys for Plaintiff
*Athalonz, LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ATHALONZ, LLC,<br><br>             Plaintiff,<br><br>        v.<br><br>UNDER ARMOUR, INC.,<br><br>             Defendant. | Case No. 3:23-mc-80324-LJC<br><br>**DECLARATION OF CONNOR S. HOUGHTON IN SUPPORT OF PLAINTIFF'S SUPPLEMENTAL BRIEF** |

I, Connor S. Houghton, declare as follows:

1. I am an attorney at Reichman Jorgensen Lehman & Feldberg LLP, counsel for Plaintiff Athalonz, LLC in the above-referenced action. I am admitted to the bar of the District of Columbia and Massachusetts. I have been admitted to appear in the underlying case pending in the Eastern District of Texas and in this case *pro hac vice*. I make this declaration of my own personal knowledge and, if compelled to testify, I could and would testify competently thereto. I submit this declaration in support of Plaintiff's Supplemental Brief.

2. Attached as **Exhibit D** is a copy of UA0011737, which is an internal Under Armour document produced in the underlying litigation on April 1, 2024. Under Armour produced this document as RESTRICTED – ATTORNEYS' EYES ONLY under the Protective Order in the Eastern District of Texas.

3. Attached as **Exhibit E** is a copy of UA0011825, which is an internal Under Armour photograph produced in the underlying litigation on April 1, 2024. Under Armour produced this document as RESTRICTED – ATTORNEYS' EYES ONLY under the Protective Order in the Eastern District of Texas.

4. Attached as **Exhibit F** is a copy of UA0011868, which is an internal Under Armour document produced in the underlying litigation on April 1, 2024. Under Armour produced this document as RESTRICTED – ATTORNEYS' EYES ONLY under the Protective Order in the Eastern District of Texas.

5. Attached as **Exhibit G** is a copy of UA0011995, which is an internal Under Armour photograph produced in the underlying litigation on April 1, 2024. Under Armour produced this document as RESTRICTED – ATTORNEYS' EYES ONLY under the Protective Order in the Eastern District of Texas.

6.      Attached as **Exhibit H** is a copy of UA0012072, which is an internal Under Armour document produced in the underlying litigation on April 1, 2024. Under Armour produced this document as RESTRICTED – ATTORNEYS' EYES ONLY under the Protective Order in the Eastern District of Texas.

7.      Attached as **Exhibit I** is a copy of UA0012076, which is an internal Under Armour email produced in the underlying litigation on April 1, 2024. Under Armour produced this document as RESTRICTED – ATTORNEYS' EYES ONLY under the Protective Order in the Eastern District of Texas.

8.      Attached as **Exhibit J** is a copy of UA0012138, which is an internal Under Armour photograph produced in the underlying litigation on April 1, 2024. Under Armour produced this document as RESTRICTED – ATTORNEYS' EYES ONLY under the Protective Order in the Eastern District of Texas.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on the 16th day of April, 2024.

      */s/ Connor S. Houghton*
Connor S. Houghton (*pro hac vice*)
REICHMAN JORGENSEN LEHMAN
& FELDBERG LLP

-2-
DECLARATION OF C. HOUGHTON ISO PLAINTIFF'S SUPPLEMENTAL BRIEF
Case No. 3:23-mc-80324-LJC