1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO DIVISION

11
12  ATHALONZ, LLC,                    | Case No. 3:23-mc-80324-LJC
13              Plaintiff,
14        v.                          | **[PROPOSED] ORDER REGARDING PLAINTIFF'S ADMINISTRATIVE MOTION CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**
15  UNDER ARMOUR, INC.,
16              Defendant.
17
18
19
20
21
22
23
24
25
26
27
28

Having reviewed the Administrative Motion to Consider Whether Another Party's Material Should be Sealed filed by Plaintiff Athalonz, LLC, and the additional filings related thereto, and for good cause presented, it is hereby ORDERED that the Motion is disposed of as follows:

| Document title or description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of decl. in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing (with citation to corresponding declaration in support of sealing) | Granted/ Denied |
|---|---|---|---|---|---|---|---|
| Plaintiff's Supplemental Brief | 28-3 | 29-2 | | Under Armour | Partial | | |
| Exhibit D | 28-5 | 29-3 | | Under Armour | Full | | |
| Exhibit E | 28-6 | 29-4 | | Under Armour | Full | | |
| Exhibit F | 28-7 | 29-5 | | Under Armour | Full | | |
| Exhibit G | 28-8 | 29-6 | | Under Armour | Full | | |
| Exhibit H | 28-9 | 29-7 | | Under Armour | Full | | |
| Exhibit I | 28-10 | 29-8 | | Under Armour | Full | | |
| Exhibit J | 28-11 | 29-9 | | Under Armour | Full | | |

Dated:_____

_____

UNITED STATES DISTRICT JUDGE