1  Jennifer Estremera (CA Bar No. 251076)
   jestremera@reichmanjorgensen.com
2  REICHMAN JORGENSEN LEHMAN &
   FELDBERG LLP
3  100 Marine Parkway, Suite 300
   Redwood Shores, California 94065
4  Telephone: (650) 623-1401
5  Facsimile: (650) 623-1449

6  Christine E. Lehman (*pro hac vice*)
   clehman@reichmanjorgensen.com
7  Connor S. Houghton (*pro hac vice*)
   choughton@reichmanjorgensen.com
8  REICHMAN JORGENSEN LEHMAN &
   FELDBERG LLP
9  1909 K Street NW, Suite 800
   Washington, DC 20006
10 Telephone: (202) 894-7311
   Facsimile: (650) 623-1449
11

12 Attorneys for Plaintiff
   *Athalonz, LLC*
13

14

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| ATHALONZ, LLC, | Case No. 3:23-mc-80324-LJC |
|---|---|
| Plaintiff, | |
| v. | **PLAINTIFF'S ATHALONZ, LLC'S PROOF OF SERVICE** |
| UNDER ARMOUR, INC., | Location: Courtroom 10, San Francisco |
| Defendant. | Judge: Aracelia Martínez-Olguín |

**PROOF OF SERVICE**

WASHINGTON, DISTRICT OF COLUMBIA

I am employed in the District of Columbia. I am over the age of eighteen years, and not a party to the within action; my business address is Reichman Jorgensen Lehman & Feldberg LLP, 1909 K St., NW, Suite 800, Washington, DC 20006.

On **April 16, 2024**, I caused to be served true copies of the following documents on the interested parties in this action addressed below:

- Dkt. 28: MOTION for Leave to File Supplemental Brief ISO Motion for De Novo Determination of Dispositive Matter Referred to Magistrate Judge
- Dkt. 28-1: Declaration of Connor S. Houghton ISO Plaintiffs Motion for Leave to File Supplemental Brief,
- Dkt. 28-2: Proposed Order Granting Plaintiffs Motion for Leave to File Supplemental Brief
- Dkt. 28-3: Exhibit 1 - Athalonz's Proposed Supplemental Brief (Redacted)
- Dkt. 28-4: Declaration of Connor S. Houghton ISO Supplemental Brief
- Dkt. 28-5: Exhibit D (Redacted) UA0011737
- Dkt. 28-6: Exhibit E (Redacted) UA0011825
- Dkt. 28-7: Exhibit F (Redacted) UA0011868
- Dkt. 28-8: Exhibit G (Redacted) UA0011995
- Dkt. 28-9: Exhibit H (Redacted) UA0012072
- Dkt. 28-10: Exhibit I (Redacted) UA0012076
- Dkt. 28-11: Exhibit J (Redacted) UA0012138
- Dkt. 29: Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed
- Dkt. 29-1: Proposed Order Regarding Plaintiff's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed
- Dkt. 29-2: Exhibit 1 – Athalonz's Proposed Supplemental Brief (SEALED)
- Dkt. 29-3: Exhibit D (SEALED) UA0011737
- Dkt. 29-4: Exhibit E (SEALED) UA0011825
- Dkt. 29-5: Exhibit F (SEALED) UA0011868
- Dkt. 29-6: Exhibit G (SEALED) UA0011995
- Dkt. 29-7: Exhibit H (SEALED) UA0012072
- Dkt. 29-8: Exhibit I (SEALED) UA0012076
- Dkt. 29-9: Exhibit J (SEALED) UA0012138

| | |
|---|---|
| William A. Hector<br>Email: WAHector@venable.com<br>VENABLE LLP<br>101 California St, Suite 3800<br>San Francisco, Ca 94111<br>415.653.3738<br><br>Robert E. Bugg<br>Email: rebugg@venable.com<br>VENABLE LLP<br>151 West 42nd Street | Frank C. Cimino, Jr.<br>Email: fccimino@venable.com<br>Megan S. Woodworth<br>Email: mswoodworth@venable.Com<br>VENABLE LLP<br>600 Massachusetts Avenue, NW<br>Washington, DC 20001<br>202.344.4569<br><br>J. Thad Heartfield<br>Email: thad@heartfieldlawfirm.com |

-1-

PLAINTIFF'S PROOF OF SERVICE
Case No. 3:23-mc-80324-LJC

-2-

| | |
|---|---|
| New York, NY 10036<br>212.370.6241 | THE HEARTFIELD LAW FIRM<br>Downlen Road<br>Beaumont, TX 77706<br>409.866.3318<br><br>Attorneys for Wardell Stephen Curry II and Under Armour, Inc. |

BY ELECTRONIC MEANS: I served the above stated document by electronic means to the interested parties in this action whose names and e-mail addresses are listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **April 16, 2024**.

                                       */s/ Connor S. Houghton*
                                          Connor S. Houghton

Dated: April 16, 2024                   Respectfully submitted,

                                          REICHMAN JORGENSEN LEHMAN & FELDBERG, LLP

                                          By  */s/ Jennifer Estremera*

                                          Attorneys for Plaintiff
                                          ATHALONZ, LLC