William A. Hector (SBN 298490)
  Email: wahector@venable.com
VENABLE LLP
101 California St, Suite 3800
San Francisco, Ca 94111
415.653.3738

Frank C. Cimino, Jr. (*pro hac vice*)
  Email: fccimino@venable.com
Megan S. Woodworth (*pro hac* forthcoming)
  Email: mswoodworth@venable.Com
VENABLE LLP
600 Massachusetts Avenue, NW
Washington, DC  20001
202.344.4569

Robert E. Bugg (*pro hac* forthcoming)
  Email: rebugg@venable.com
VENABLE LLP
151 West 42nd Street
New York, NY 10036
212.370.6241

Attorneys for Non-Party
WARDELL STEPHEN CURRY II

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ATHALONZ, LLC<br><br>         Plaintiff,<br><br>     v.<br><br><br>UNDER ARMOUR, INC.<br><br>         Defendant. | Case No. 3:23-mc-80324-LJC<br><br>**DECLARATION OF ROBERT E. BUGG IN SUPPORT OF NON-PARTY WARDELL STEPHEN CURRY II'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR DE NOVO DETERMINATION** |

I Robert E. Bugg, do hereby declare as follows:

1. I am an attorney licensed to practice law in New York, a partner at Venable LLP, and counsel of record for non-party Wardell Stephen Curry II ("Curry"). I have personal knowledge of the matters contained herein and if called, could and would testify competently thereto.

2. I am over 18 years of age and suffer no legal disabilities.

3. This declaration is submitted in support of Non-Party Curry's Opposition to Plaintiff's Motion for Leave to File a Supplemental Brief in Support of Motion for De Novo Determination.

4. Attached hereto as Exhibit 9 is a true and accurate copy of Under Armour's Objections and Responses to Plaintiff's Second Set of Interrogatories (Nos. 6-10).

5. Attached hereto as Exhibit 10 is a true and accurate copy of Athalonz's Amended Complaint filed in *Athalonz, LLC v. Under Armour, Inc.*, Case No. 2:23-cv-0193-JRG (E.D. Tex.).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 22, 2024.

_____
Robert E. Bugg