1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| ATHALONZ, LLC | Case No. 3:23-mc-80324-LJC |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR DE NOVO DETERMINATION** |
| v. | |
| UNDER ARMOUR, INC. | |
| Defendant. | |

After full consideration of the pleadings filed in support of, and in opposition to Plaintiff Athalonz LLC's Motion for Leave to File Supplemental Brief in Support of Motion for De Novo Determination, the Court finds that such motion is **DENIED**.

Dated: _____

_____
Honorable Araceli Martínez-Olguín
Judge of the United States District Court