1
2
3
4
5
6
7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10 SAN FRANCISCO DIVISION

11 ATHALONZ, LLC

12       Plaintiff,

13   v.

14 UNDER ARMOUR, INC.

15

16       Defendant.

Case No. 3:23-mc-80324-LJC

**[PROPOSED] ORDER GRANTING NON-PARTY WARDELL STEPHEN CURRY II'S ADMINISTRATIVE MOTION TO STRIKE PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR DE NOVO DETERMINATION**

17
18
19
20
21
22
23
24
25
26
27
28

After full consideration of the pleadings filed in support of, and in opposition to Mr. Curry's Motion to Strike Plaintiff's Reply in Support of Motion for De Novo Determination, the Court finds that such motion is **GRANTED**.

Dated: _____

                                               _____
                                               Honorable Araceli Martínez-Olguín
                                               Judge of the United States District Court