1  William A. Hector (SBN 298490)
     Email: wahector@venable.com
2  VENABLE LLP
   101 California St, Suite 3800
3  San Francisco, Ca 94111
   415.653.3738
4
   Frank C. Cimino, Jr. (*pro hac vice*)
5    Email: fccimino@venable.com
   Megan S. Woodworth (*pro hac* forthcoming)
6    Email: mswoodworth@venable.Com
   VENABLE LLP
7  600 Massachusetts Avenue, NW
   Washington, DC  20001
8  202.344.4569

9  VENABLE LLP
   Robert E. Bugg (*pro hac* forthcoming)
10   Email: rebugg@venable.com
   151 West 42nd Street
11 New York, NY 10036
   212.370.6241
12
   Attorneys for Non-Party
13 WARDELL STEPHEN CURRY II

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ATHALONZ, LLC<br><br>         Plaintiff,<br><br>     v.<br><br>UNDER ARMOUR, INC.<br><br>         Defendant. | Case No. 3:23-mc-80324-LJC<br><br>**STATEMENT OF RECENT DECISION IN SUPPORT OF NON-PARTY WARDELL STEPHEN CURRY II'S MOTION TO QUASH PLAINTIFF ATHALONZ, LLC'S SUBPOENA** |

1  Pursuant to Civil Local Rule 7-3(d)(2), Non-party Wardell Stephen Curry II ("Mr.
2  Curry") respectfully submits this Statement of Recent Decision to alert the Court to the April 10,
3  2024 Order issued by the United States District Court for the Southern District of New York in
4  *Athalonz, LLC v. Under Armour, Inc.*, No. 1:24-mc-00047-DEH, Dkt. 32 (S.D.N.Y. April 10,
5  2024) (attached hereto as Exhibit A). In the Order, District Judge Ho granted non-party Bryce
6  Harper's ("Mr. Harper") Motion to Quash a similarly-scoped subpoena issued by Plaintiff
7  Athalonz, LLC ("Athalonz"). Like Mr. Curry, Mr. Harper endorses shoes sold by Under Armour
8  that Athalonz accuses of infringement in the underlying litigation.

Dated: April 22, 2024

VENABLE LLP

By: */s/ William A. Hector*
William A. Hector (SBN 298490)
Frank C. Cimino, Jr. (*pro hac vice*)
Megan S. Woodworth (*pro hac forthcoming*)
Robert E. Bugg (*pro hac forthcoming*)

Attorneys for Non-Party
WARDELL STEPHEN CURRY II