Jennifer Estremera (CA Bar No. 251076)
jestremera@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
100 Marine Parkway, Suite 300
Redwood Shores, California 94065
Telephone: (650) 623-1401
Facsimile: (650) 623-1449

Christine E. Lehman (*pro hac vice*)
clehman@reichmanjorgensen.com
Connor S. Houghton (*pro hac vice*)
choughton@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
1909 K Street NW, Suite 800
Washington, DC 20006
Telephone: (202) 894-7311
Facsimile: (650) 623-1449

Attorneys for Plaintiff
*Athalonz, LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ATHALONZ, LLC,<br><br>Plaintiff,<br><br>v.<br><br>UNDER ARMOUR, INC.,<br><br>Defendant. | Case No. 3:23-mc-80324-LJC<br><br>**STATEMENT OF RECENT DECISION IN SUPPORT OF MOTION FOR DE NOVO DETERMINATION OF DISPOSITIVE MATTER REFERRED TO MAGISTRATE JUDGE** |

Pursuant to Civil Local Rule 7-3(d)(2), Athalonz, LLC respectfully submits this Statement of Recent Decision to alert the Court to a ruling in the underlying case, which is attached as Exhibit A. *See Athalonz, LLC v. Under Armour, Inc.*, No. 2:23-cv-193-JRG, Dkt. 55 (E.D. Tex. April 23, 2024). Chief Judge Gilstrap ordered Under Armour ("UA") to produce discovery "pertaining to the entire shoe" because the "Asserted Claims are not limited to the design and materials of the sole, but rather cover the entire shoe." *Id.* at 5-6. UA's "unilateral limitation on the scope" of discovery to documents describing Mr. Curry and other athletes' involvement only "in the design of the sole of the accused shoes" was "improper." *Id.* Judge Gilstrap also ordered UA to produce its contracts with its sponsored athletes, including Mr. Curry, because they "are relevant at least to the issue of damages and the value of the accused technology." *Id.* at 5.

Dated: April 23, 2024                   Respectfully submitted,

                                        REICHMAN JORGENSEN LEHMAN &
                                        FELDBERG, LLP

                                        By /s/ Jennifer Estremera

                                        Attorneys for Plaintiff
                                        ATHALONZ, LLC