UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ATHALONZ, LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>UNDER ARMOUR, INC.,<br><br>        Defendant. | Case No. 3:23-mc-80324-LJC<br><br>**[PROPOSED] ORDER DENYING NON-PARTY WARDELL STEPHEN CURRY II'S ADMINISTRATIVE MOTION TO STRIKE PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR DE NOVO DETERMINATION PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF** |

Having reviewed Mr. Curry's Motion to Strike Plaintiff's Reply in Support of Motion for De Novo Determination (Dkt. 32), the Court finds that such motion is hereby **DENIED**.

**IT IS SO ORDERED**.

Dated:_____

_____

UNITED STATES DISTRICT JUDGE