William A. Hector (SBN 298490)
  Email: wahector@venable.com
VENABLE LLP
101 California St, Suite 3800
San Francisco, Ca 94111
415.653.3738

Frank C. Cimino, Jr. (*pro hac vice*)
  Email: fccimino@venable.com
Megan S. Woodworth (*pro hac* forthcoming)
  Email: mswoodworth@venable.Com
VENABLE LLP
600 Massachusetts Avenue, NW
Washington, DC  20001
202.344.4569

Robert E. Bugg (*pro hac* forthcoming)
  Email: rebugg@venable.com
VENABLE LLP
151 West 42nd Street
New York, NY 10036
212.370.6241

Attorneys for Non-Party
WARDELL STEPHEN CURRY II

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ATHALONZ, LLC<br><br>         Plaintiff,<br><br>     v.<br><br>UNDER ARMOUR, INC.<br><br>         Defendant. | Case No. 3:23-mc-80324-LJC<br><br>**NON-PARTY WARDELL STEPHEN CURRY II'S RESPONSE TO PLAINTIFF'S NOTICE REGARDING STEPHEN CURRY SUBPOENA AND REQUEST FOR EXPEDITED RELIEF** |

VENABLE LLP
101 CALIFORNIA STREET, SUITE 3800
SAN FRANCISCO, CA 94111
415.653.3750

The events Athalonz identified in its Motion do not support its arguments in its Motion for De Novo Review, and its request for expedited relief is unjustified.  First, Athalonz has already identified both events in submissions to this Court.  *See* Athalonz's Motion for Leave to File a Supplemental Brief (Dkt. 28), Statement of Recent Decision (Dkt. 35).  And as Mr. Curry has explained, the evidence Under Armour produced in response to a recent interrogatory does not undercut any of Magistrate Judge Cisneros' findings in granting the Motion to Quash.  *See* Opposition, Dkt. 31 at 1-4.  Nor does the discovery order from Judge Gilstrap referenced in Dkt. 35, which compels Under Armour to produce sponsored athletes' contracts and documents pertaining to their involvement in the design of the accused shoes.  Nothing here changes the fact that all evidence supports Mr. Curry's lack of involvement with the alleged "athletic positioning" aspects of the accused shoes' soles.  See Dkt. 31 at 2-3.

One recent event that *is* relevant is District Judge Ho's issuance of an Order granting non-party Bryce Harper's Motion to Quash a similarly-scoped subpoena in the Southern District of New York, as described in Dkt. 33.  In direct support of Judge Cisneros' Order, Judge Ho found that Bryce Harper—a similarly-situated Under Armour sponsored athlete—lacked "relevant knowledge about the patent infringement dispute at issue," that Athalonz must first seek discovery from Under Armour, and "[e]ven if the Court were to find for Athalonz on relevance, Harper has successfully demonstrated that the Subpoena would be unduly burdensome." Dkt 33-1 at 6.

Athalonz's suggestions that Mr. Curry is "presumably available" for a deposition now is mistaken.  Mr. Curry was recently selected to be part of the Unites States National Basketball Team and will be representing the United States at the 2024 Summer Olympic games in Paris, with extensive commitments that include travel, practice, appearances and games that extend through August 2024.  In addition, Mr. Curry has ongoing endorsement, sponsorship and charity commitments, as explained in Mr. Curry's Motion to Quash.  Dkt. 1 at 11.  Even in the NBA offseason, the requested deposition of Mr. Curry is unduly burdensome, especially when weighed against the limited value of the information sought.  *Id*. at 10-13; *see also Under Armour, Inc. v. Battle Fashions, Inc.,* No. 18-mc-80117-LB, 2018 U.S. Dist. LEXIS 130983

VENABLE LLP
101 CALIFORNIA STREET, SUITE 3800
SAN FRANCISCO, CA 94111
415.653.3750

1  (granting motion to quash subpoena to Mr. Curry served during the NBA offseason).

3  Dated: May 6, 2024                           VENABLE LLP

4                                          By:    */s/ William Hector*
                                                  William A. Hector (SBN 298490)
5                                                 Frank C. Cimino, Jr. (*pro hac vice*)
                                                  Megan S. Woodworth (*pro hac forthcoming*)
6                                                 Robert E. Bugg (*pro hac forthcoming*)

                                                  Attorneys for Non-Party
8                                                 WARDELL STEPHEN CURRY II